# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| OHIO NORTHERN UNIVERSITY, et al. | ) | CASE NO. 3:25-cv-00097 |
| | ) | |
| Plaintiffs, | ) | Judge Jack Zouhary |
| | ) | |
| vs. | ) | Mag. Judge: Darrell A. Clay |
| | ) | |
| SCOTT GERBER, | ) | |
| | ) | **PARTIES' JOINT STATUS REPORT** |
| Defendant. | ) | |

The parties jointly report that the related Hardin County litigation has been settled and that based upon the settlement terms, the Plaintiffs in this federal case expect to be able to voluntarily dismiss all claims against Dr. Gerber, with prejudice and without seeking costs or fees, by June 6, 2025.

Respectfully submitted,

/s/ Matthew R. Duncan
Matthew R. Duncan (0076420)
Hilary F. DeSaussure (0098989)
**Brennan, Manna & Diamond, LLC**
75 E. Market Street
Akron, OH 44308
Telephone:   (330) 253-5060
Email:   mrduncan@bmdllc.com
  hfdesaussure@bmdllc.com

David M. Scott (0068110)
Brianna N. Sweeney (0103341)
Krista D. Osterfeld (0097842)
**Brennan, Manna & Diamond, LLC**
250 S. Civic Center Dr., Ste. 300
Columbus, Ohio 43215
Telephone:   (614) 246-7500
Email:   dscott@bmdllc.com
  bnsweeney@bmdllc.com
  kwosterfeld@bmdllc.com

*Counsel for Plaintiffs*

/s/ Steven J. Forbes
Steven J. Forbes (0042410)
**Freeman Mathis & Gary, LLP**
3201 Enterprise Parkway, Suite 190
Cleveland, Ohio 44122
Telephone:   216-329-4883 (direct)
Facsimile:   888-356-3596
E-mail:   Steve.Forbes@fmglaw.com

*Counsel for Defendant*

- 2 -