# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| OHIO NORTHERN UNIVERSITY, et al. | CASE NO. 3:25-cv-00097 |
| Plaintiffs, | JUDGE JACK ZOUHARY |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SCOTT GERBER | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Ohio Northern University, Melissa Baumann, and Charles H. Rose III (collectively "Plaintiffs"), and Defendant Scott Gerber, hereby stipulate to the dismissal of Plaintiffs' Complaint filed in the above-captioned matter, with prejudice. Court costs to be paid by Plaintiffs. Each party to bear their own attorneys' fees.

Respectfully submitted,

*/s/ Matthew R. Duncan*
Matthew R. Duncan (#0076420)
Hilary F. DeSaussure (#0098989)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH 44308
Telephone:	(330) 253-5060
Email: mrduncan@bmdllc.com
         hfdesaussure@bmdllc.com

David M. Scott (#0068110)
Krista W. Osterfeld (#0097842)
Brianna N. Sweeney (#0103341)
**BRENNAN, MANNA & DIAMOND, LLC**
250 S. Civic Center Dr., Ste. 300
Columbus, Ohio 43215
Telephone:	(614) 246-7500
Email: dscott@bmdllc.com
         kwosterfeld@bmdllc.com

1

        bnsweeney@bmdllc.com
*Counsel for Plaintiffs*

*/s/ Steven J. Forbes (per email consent 6-4-2025)*
Steven J. Forbes (#0042410)
**FREEMAN MATHIS & GARY, LLP**
3201 Enterprise Parkway, Suite 190
Cleveland, OH 44122
Telephone:     (216) 329-4883
Email: Steve.Forbes@fmglaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Matthew R. Duncan*
Matthew R. Duncan (#0076420)

4901-3965-6777, v. 1